IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**REGIONS BANK/MORGAN KEEGAN**
**TRUST, in the capacity of guardian of the estate of**
**Connor Smith, a minor, et al.**                                                         **PLAINTIFFS**

**v.**                              **CASE NO. 3:12CV00232 BSM**

**GLAXOSMITHKLINE HOLDINGS**
**(Americas) Inc. et al.**                                                                    **DEFENDANTS**

## ORDER

Pursuant to plaintiffs' notice of voluntary dismissal [Doc. No. 61], defendants GlaxoSmithKline Holdings (Americas) Inc., GlaxoSmithKline LLC, and GlaxoSmithKline Services, Inc. are dismissed with prejudice. Pursuant to plaintiffs' notice of voluntary dismissal [Doc. No. 60], the remaining defendants are dismissed without prejudice.

An appropriate judgment will accompany this order.

IT IS SO ORDERED this 7th day of January 2013.

_____
UNITED STATES DISTRICT JUDGE