### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF ARKANSAS
### JONESBORO DIVISION

**REGIONS BANK/MORGAN KEEGAN**
**TRUST, in the capacity of guardian of the estate of**
**Connor Smith, a minor, et al.**                                                                **PLAINTIFFS**

**v.**                              **CASE NO. 3:12CV00232 BSM**

**GLAXOSMITHKLINE HOLDINGS**
**(Americas) Inc. et al.**                                                                            **DEFENDANTS**

## JUDGMENT

Consistent with the order that was entered this day, this case is dismissed.

IT IS SO ORDERED this 7th day of January 2013.

_____
UNITED STATES DISTRICT JUDGE